Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
Michele R. Fisher (MN State Bar No. 303069)
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

   Batiste,               Antoine

Dated: April 25, 2008              NICHOLS KASTER & ANDERSON, LLP

                                         By:    s/Bryan J. Schwartz
                                               Bryan J. Schwartz

NICHOLS KASTER & ANDERSON, LLP

Attorneys for Plaintiff and the Putative Class
BJS/MH

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive (In transition to ME)
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]   Date: 4/21/08

Print Name: Antoine Batiste

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION

REDACTED

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>　　　　　　　　　Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

I hereby certify that on April 25, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: April 25, 2008　　　　　　　　　____s/Bryan J. Schwartz_____.
　　　　　　　　　　　　　　　　　　　Donald H. Nichols, MN State Bar No. 78918
　　　　　　　　　　　　　　　　　　　(**pro hac vice** application forthcoming)
　　　　　　　　　　　　　　　　　　　Paul J. Lukas, MN State Bar No. 22084X
　　　　　　　　　　　　　　　　　　　(**pro hac vice** application forthcoming)
　　　　　　　　　　　　　　　　　　　Michele R. Fisher (MN State Bar No. 303069)
　　　　　　　　　　　　　　　　　　　(**pro hac vice** application forthcoming)
　　　　　　　　　　　　　　　　　　　NICHOLS KASTER & ANDERSON, PLLP
　　　　　　　　　　　　　　　　　　　4600 IDS Center, 80 S. 8th Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402

　　　　　　　　　　　　　　　　　　　Bryan J. Schwartz, CA State Bar No. 209903
　　　　　　　　　　　　　　　　　　　Matthew C. Helland, CA State Bar No. 250451
　　　　　　　　　　　　　　　　　　　NICHOLS KASTER & ANDERSON, LLP
　　　　　　　　　　　　　　　　　　　One Embarcadero Center, Ste. 720
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　Telephone: (415) 277-7235
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 277-7238