Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
Michele R. Fisher (MN State Bar No. 303069)
(**pro hac vice** application forthcoming)
fisher@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | 4:08-cv-01993-WDB<br><br><br>**NOTICE OF CONSENT FILING** |

1

2          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

3   attached Consent Form(s) for the following person(s):

4
           Antunez,        Jamie
5          Harvey,         Princess
           Watkins,        Marlo
6

7
    Dated: April 28, 2008                        **NICHOLS KASTER & ANDERSON, LLP**
8

9                                        By:     s/Bryan J. Schwartz
10                                               Bryan J. Schwartz

11
                                         Attorneys for Plaintiff and the Putative Class
12                                       BJS/MH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: Nov 1, 01 to Oct 1, 06.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    4/24/08
Signature                              Date

JAMIE ANTUNEZ
Print Name

REDACTED

Fax or Mail To:       **Nichols Kaster & Anderson, PLLP**
                      **Attn: Michele Fisher**
                      **Facsimile: (612) 215-6870**
                      **Toll Free Telephone (877) 448-0492**
                      **4600 IDS Center, 80 South 8th Street**
                      **Minneapolis, MN 55402**
                      **www.overtimecases.com**



## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: _8/01_ to _12/07_ .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_D Cutter_        _4/25/07_
Signature          Date

_Princess Christiana Harvey_
Print Name

REDACTED

Fax or Mail To:     **Nichols Kaster & Anderson, PLLP**
**Attn: Michele Fisher**
**Facsimile: (612) 215-6870**
**Toll Free Telephone (877) 448-0492**
**4600 IDS Center, 80 South 8th Street**
**Minneapolis, MN 55402**
**www.overtimecases.com**

-------------------------------------------------------------------------
### CONSENT FORM AND DECLARATION
### COUNTRYWIDE
-------------------------------------------------------------------------

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 7-5-05   to 2-22-08 .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Marlo Watkins_    4.25.08
Signature          Date

_Marlo Watkins_
Print Name

REDACTED

**Fax or Mail To:**      **Nichols Kaster & Anderson, PLLP**
                         **Attn: Michele Fisher**
                         **Facsimile: (612) 215-6870**
                         **Toll Free Telephone (877) 448-0492**
                         **4600 IDS Center, 80 South 8th Street**
                         **Minneapolis, MN 55402**
                         **www.overtimecases.com**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Samson Lew, on behalf of himself and
classes of those similarly situated,

                                        Plaintiffs,

            vs.

Countrywide Financial Corporation;
Countrywide Bank, FSB, Full Spectrum
Lending Division; Countrywide Bank,
N.A.; Countrywide Home Loans, Inc.,
and their respective affiliates and parents
and subsidiaries, and DOES 1-50,

                                        Defendants.

**4:08-cv-01993-WDB**

**NOTICE OF CONSENT FILING**

I hereby certify that on April 28, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: April 28, 2008

_____s/Bryan J. Schwartz_____.
Donald H. Nichols, MN State Bar No. 78918
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
(**pro hac vice** application forthcoming)
Michele R. Fisher (MN State Bar No. 303069)
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

-3-

NOTICE OF CONSENT FILING