Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
Michele R. Fisher (MN State Bar No. 303069)
(**pro hac vice** application forthcoming)
fisher@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Alexander,     Donna
Francis,       Marisol

Dated: April 29, 2008                **NICHOLS KASTER & ANDERSON, LLP**

By:    s/Bryan J. Schwartz
       Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH

-2-
NOTICE OF CONSENT FILING

---
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
---

     I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 9/16/02 to 1/11/08.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Donna A Alexander_    4/1
Signature                Date

_Donna A Alexander_
Print Name

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
                  Attn: Michele Fisher
                  Facsimile: (612) 215-6870
                  Toll Free Telephone (877) 448-0492
                  4600 IDS Center, 80 South 8th Street
                  Minneapolis, MN 55402
                  www.overtimecases.com

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 05/02 to 10/07 — just rehired in bk April 7th 2008

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  4/24/08
Signature                Date

Marisol Fravels
Print Name

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
                  Attn: Michele Fisher
                  Facsimile: (612) 215-6870
                  Toll Free Telephone (877) 448-0492
                  4600 IDS Center, 80 South 8th Street
                  Minneapolis, MN 55402
                  www.overtimecases.com

REDACTED

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>        Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

  I hereby certify that on April 29, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: April 29, 2008           ____s/Bryan J. Schwartz_____.
                      Donald H. Nichols, MN State Bar No. 78918
                      (**pro hac vice** application forthcoming)
                      Paul J. Lukas, MN State Bar No. 22084X
                      (**pro hac vice** application forthcoming)
                      Michele R. Fisher (MN State Bar No. 303069)
                      (**pro hac vice** application forthcoming)
                      NICHOLS KASTER & ANDERSON, PLLP
                      4600 IDS Center, 80 S. 8th Street
                      Minneapolis, MN 55402

                      Bryan J. Schwartz, CA State Bar No. 209903
                      Matthew C. Helland, CA State Bar No. 250451
                      NICHOLS KASTER & ANDERSON, LLP
                      One Embarcadero Center, Ste. 720
                      San Francisco, CA 94111
                      Telephone: (415) 277-7235
                      Facsimile: (415) 277-7238