1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Donald H. Nichols (MN State Bar No. 78918)
(**pro** **hac** **vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro** **hac** **vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**4:08-cv-01993-WDB**

Samson Lew, on behalf of himself and
classes of those similarly situated,

                              Plaintiffs,

         vs.

Countrywide Financial Corporation;
Countrywide Bank, FSB, Full Spectrum
Lending Division; Countrywide Bank,
N.A.; Countrywide Home Loans, Inc.,
and their respective affiliates and parents
and subsidiaries, and DOES 1-50,

                              Defendants.

**NOTICE OF CONSENT FILING**

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form(s) for the following person(s):

Abfalter,            Michele
Adamyan,             Yervand

Dated: May 1, 2008                        **NICHOLS KASTER & ANDERSON, LLP**

                                          By:    s/Bryan J. Schwartz
                                                 Bryan J. Schwartz

                                          Attorneys for Plaintiff and the Putative Class
                                          BJS/MH

---

### CONSENT FORM AND DECLARATION
### COUNTRYWIDE

---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 10|3|05 to 10|19|07 .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  4|26|08
Signature                Date

Michele Leigh Abfalter
Print Name

REDACTED

Fax or Mail To:      **Nichols Kaster & Anderson, PLLP**
                     **Attn:  Michele Fisher**
                     **Facsimile: (612) 215-6870**
                     **Toll Free Telephone (877) 448-0492**
                     **4600 IDS Center, 80 South 8th Street**
                     **Minneapolis, MN 55402**
                     **www.overtimecases.com**

------------------------------------------------------------------------
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
------------------------------------------------------------------------

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 03/2005 to Present .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Yerand Aleung_           4/25/2008
Signature                 Date

_Yervand Adamyan_
Print Name

REDACTED

Fax or Mail To:    **Nichols Kaster & Anderson, PLLP**
                   **Attn: Michele Fisher**
                   **Facsimile: (612) 215-6870**
                   **Toll Free Telephone (877) 448-0492**
                   **4600 IDS Center, 80 South 8th Street**
                   **Minneapolis, MN 55402**
                   **www.overtimecases.com**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | |
| Plaintiffs, | **4:08-cv-01993-WDB** |
| vs. | **NOTICE OF CONSENT FILING** |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

I hereby certify that on May 1, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: May 1, 2008

\_\_\_\_\_s/Bryan J. Schwartz_____.
Donald H. Nichols, MN State Bar No. 78918
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

-3-