1 | Donald H. Nichols (MN State Bar No. 78918)
2 | (**pro hac vice** application forthcoming)
   | nichols@nka.com
3 | Paul J. Lukas (MN State Bar No. 22084X)
   | (**pro hac vice** application forthcoming)
4 | lukas@nka.com
   | NICHOLS KASTER & ANDERSON, PLLP
5 | 4600 IDS Center
   | 80 S. 8th Street
6 | Minneapolis, MN 55402
7 | T: 612-256-3200
   | F: 612-215-6870
8 |
9 | Bryan J. Schwartz, CA State Bar No. 209903
   | schwartz@nka.com
10 | Matthew C. Helland, CA State Bar No. 250451
    | helland@nka.com
11 | NICHOLS KASTER & ANDERSON, LLP
    | One Embarcadero Center
12 | Ste. 720
    | San Francisco, CA 94111
13 | T: 415-277-7235
    | F: 415-277-7238
14 |
15 | Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | **4:08-cv-01993-WDB** |
| Samson Lew, on behalf of himself and classes of those similarly situated, | |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

    Agustin,    Tamara
    Bringhurst,    Arlene

Dated: May 5, 2008                            **NICHOLS KASTER & ANDERSON, LLP**

                                                  By:    s/Bryan J. Schwartz
                                                          Bryan J. Schwartz

                                              Attorneys for Plaintiff and the Putative Class
                                              BJS/MH

---
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: __Nov 2005__ to __Nov 2007__

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Tamara Agustin_   _4/28/08_
Signature                                   Date

_Tamara Agustin_
Print Name

REDACTED

**Fax or Mail To:**   **Nichols Kaster & Anderson, PLLP**
**Attn: Michele Fisher**
**Facsimile: (612) 215-6870**
**Toll Free Telephone (877) 448-0492**
**4600 IDS Center, 80 South 8th Street**
**Minneapolis, MN 55402**
**www.overtimecases.com**

------------------------------------------------------------
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
------------------------------------------------------------

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: __1/2006__ to __3/2007__.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature                Date

__Arline Bringhurst__
Print Name

REDACTED

**Fax or Mail To:**   **Nichols Kaster & Anderson, PLLP**
                     **Attn: Michele Fisher**
                     **Facsimile: (612) 215-6870**
                     **Toll Free Telephone (877) 448-0492**
                     **4600 IDS Center, 80 South 8th Street**
                     **Minneapolis, MN 55402**
                     **www.overtimecases.com**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                           Plaintiffs,<br><br>  vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                           Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

I hereby certify that on May 5, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: May 5, 2008
                                              ____s/Bryan J. Schwartz_____.
Donald H. Nichols, MN State Bar No. 78918
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238