Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>        Defendants. | **4:08-cv-01993-WDB**<br><br>**NOTICE OF CONSENT FILING** |

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Buggs     Josh

Dated: May 15, 2008           **NICHOLS KASTER & ANDERSON, LLP**

By:    s/Bryan J. Schwartz
        Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH



## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: Sept 06 to June 07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *[signed]*     Date: 5-15-08

Printed Name: Josh Jon Buggs

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>       Defendants. | **4:08-cv-01993-WDB**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 15, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: May 15, 2008          ____s/Bryan J. Schwartz_____.
                     Donald H. Nichols, MN State Bar No. 78918
                     (**pro hac vice** application forthcoming)
                     Paul J. Lukas, MN State Bar No. 22084X
                     (**pro hac vice** application forthcoming)
                     NICHOLS KASTER & ANDERSON, PLLP
                     4600 IDS Center, 80 S. 8th Street
                     Minneapolis, MN 55402

                     Bryan J. Schwartz, CA State Bar No. 209903
                     Matthew C. Helland, CA State Bar No. 250451
                     NICHOLS KASTER & ANDERSON, LLP
                     One Embarcadero Center, Ste. 720
                     San Francisco, CA 94111
                     Telephone: (415) 277-7235
                     Facsimile: (415) 277-7238