OAO 440 (Rev. 8/01) Amended Complaint in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Amended Complaint & (11) Notices of Consent (Documents 7-19) was made by me | DATE  May 14, 2008 |
| NAME OF SERVER (PRINT)  Robert Rubio | TITLE  Registered Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
**Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc. c/o Corporation Service Company (CSC)
2730 GATEWAY OAKS DRIVE, SUITE 100 SACRAMENTO, CA 95833
BECKY DEGEORGE, RECEPTIONIST AT CSC**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 15th, 2008_____           _____
           Date                                  Signature of Server

ACE ATTORNEY SERVICE, INC.
901 F STREET, SUITE 150 SACRAMENTO, CA 95814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.