UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEW, et al. | No. C 08-1993 WDB |
|       Plaintiffs, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
|   v. | |
| COUNTRYWIDE FINANCIAL CORP., et al. | |
|       Defendants. | |
| _____/ | |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for July 29, 2008, at 4:00 p.m. is vacated.

Dated: May 21, 2008                      Richard W. Wieking, Clerk
                                                          United States District Court

*Sarah Weinstein*

                                                          By: SarahWeinstein
                                                              Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd