| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Bryan J Schwartz, Bar #209903<br>Nichols, Kaster & Anderson, LLP<br>One Embarcadero Center #720<br>San Francisco, CA  94111<br>*Telephone No:* 415-277-7241    *FAX No:* 415-277-7238<br>honkanen@nka.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT DISTRICT

*Plaintiff:* Lew et al
*Defendant:* Countrywide

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:08cv-01993-WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -;  1. ☐ Amended Complaint
   2. ☐ Summons
   3. ☐ Notice of Consent Filing (11)
   4. ☐ Oakland Federal Building Location

3. a. *Party served:*   Countrywide Financial Corporation
   b. *Person served:*  Becky DeGeorge - Authorized to accept

4. *Address where the party was served:*   CSC Lawyers Incorporating Service
   2730 Gateway Oaks Drive #100
   Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 22, 2008 (2) at: 9:15AM

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tyler DiMaria                                      d. *The Fee for Service was:* $94.00
   b. S&R Services                                       e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                              (i) Owner
      San Bruno, CA  94066                                   (ii) Registration No.:   2006-06
   c. (650) 794-1923, FAX (650) 794-1943                     (iii) County:            Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, May. 22, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                    PROOF OF SERVICE                    (Tyler DiMaria)

brsch.4609