SEYFARTH SHAW LLP
Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
Amy K. Skryja (SBN 214826) askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION;
FULL SPECTRUM LENDING, INC., a division of Countrywide
Home Loans, Inc. (erroneously sued as COUNTRYWIDE BANK, FSB,
FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB
(erroneously sued as COUNTRYWIDE BANK, N.A.); and
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON LEW, on behalf of himself and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | Case No. CV 08 1993 MHP<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT**<br><br>Amended Complaint Filed: May 7, 2008 |

**STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT**

Plaintiff and Defendants, by and through their undersigned counsel, enter into the following Stipulation:

1

STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT & [PROPOSED]ORDER
GRANTING SAME -- CV 08 1993 MHP

1  WHEREAS, Plaintiff filed his Amended Complaint ("the Complaint") on May 7, 2008.
2  The Complaint was served on COUNTRYWIDE FINANCIAL CORPORATION on May 14,
3  2008.  The Complaint was served on FULL SPECTRUM LENDING, INC., a division of
4  Countrywide Home Loans, Inc. (sued as COUNTRYWIDE BANK, FSB, FULL SPECTRUM
5  LENDING DIVISION, which Defendants contend was in error).  Defendants contend that
6  COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE BANK, N.A.) and
7  COUNTRYWIDE HOME LOANS, INC. have not yet been served;

8  WHEREAS, the deadline to file an Answer for Defendant COUNTRYWIDE
9  FINANCIAL CORPORATION is May 23, 2008, and the deadline to file an Answer for
10 Defendant FULL SPECTRUM LENDING, INC. is May 27, 2008;

11 WHEREAS, Defendants COUNTRYWIDE FINANCIAL CORPORATION and FULL
12 SPECTRUM LENDING, INC. need additional time to answer;

13 WHEREAS, Defendants' counsel also agreed to accept service for Defendants
14 COUNTRYWIDE BANK, FSB and COUNTRYWIDE HOME LOANS, INC.; and

15 WHEREAS, Local Rule 6.1(a) allows the parties to stipulate to an extension of time to
16 respond to a Complaint.

17 NOW, THEREFORE, the Parties hereby stipulate to extend the deadline to June 6, 2008
18 for all Defendants to file and serve an Answer or other responsive pleading to the Complaint, and
19 jointly Move the Court to enter an Order granting same.

20 IT IS SO STIPULATED.

Date:  May 23, 2008                    SEYFARTH SHAW LLP

                                       By: _____
                                           JOSEPH P. BREEN
                                           AMY K. SKRYJA
                                           Attorneys for Defendants

2

STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT & [PROPOSED] ORDER
GRANTING SAME -- CV 08 1993 MHP

| | | |
|---|---|---|
| 1 | Date: May 23, 2008 | NICHOLS, KASTER & ANDERSON, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | BRYAN J. SCHWARTZ |
| 5 | | MATTHEW C. HELLAND |
| | | Attorneys for Plaintiffs |

3

STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT & [PROPOSED] ORDER
GRANTING SAME -- CV 08 1993 MHP

## ORDER

Pursuant to the Parties' stipulation, the deadline for Defendants to file and serve an Answer to Plaintiff's Amended Complaint is extended to June 6, 2008.

IT IS SO ORDERED

DATED: _____, 2008          _____
                                  HON. MARILYN PATEL

SF1 28323776.2 / 35422-000066