Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Samson Lew, on behalf of himself and classes of those similarly situated,

Plaintiffs,

vs.

Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,

Defendants.

**4:08-cv-01993-MHP**

**NOTICE OF CONSENT FILING**

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Vaz            R-let

Dated: May 28, 2008             **NICHOLS KASTER & ANDERSON, LLP**

By:   s/Bryan J. Schwartz
         Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH



REDACTED

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 6-05 to 12-05.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Rilet Vaz_  5/26/08
Signature                Date

_R-let Vaz_
Print Name

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | 4:08-cv-01993-MHP<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 28, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: May 28, 2008                    s/Bryan J. Schwartz _____
                                       Donald H. Nichols, MN State Bar No. 78918
                                       (**pro hac vice** application forthcoming)
                                       Paul J. Lukas, MN State Bar No. 22084X
                                       (**pro hac vice** application forthcoming)
                                       NICHOLS KASTER & ANDERSON, PLLP
                                       4600 IDS Center, 80 S. 8th Street
                                       Minneapolis, MN 55402

                                       Bryan J. Schwartz, CA State Bar No. 209903
                                       Matthew C. Helland, CA State Bar No. 250451
                                       NICHOLS KASTER & ANDERSON, LLP
                                       One Embarcadero Center, Ste. 720
                                       San Francisco, CA 94111
                                       Telephone: (415) 277-7235
                                       Facsimile: (415) 277-7238

-3-
NOTICE OF CONSENT FILING