1  Donald H. Nichols (MN State Bar No. 78918)
   (**pro hac vice** application forthcoming)
2  nichols@nka.com
   Paul J. Lukas (MN State Bar No. 22084X)
3  (**pro hac vice** application forthcoming)
   lukas@nka.com
4  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
5  80 S. 8th Street
   Minneapolis, MN 55402
6  T: 612-256-3200
   F: 612-215-6870
7
8
   Bryan J. Schwartz, CA State Bar No. 209903
9  schwartz@nka.com
   Matthew C. Helland, CA State Bar No. 250451
10 helland@nka.com
   NICHOLS KASTER & ANDERSON, LLP
11 One Embarcadero Center
   Ste. 720
12 San Francisco, CA 94111
   T: 415-277-7235
13 F: 415-277-7238
14
   Attorneys for Individual and Representative Plaintiffs
15
                   IN THE UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
17
                                          **4:08-cv-01993 SC**
18 Samson Lew, on behalf of himself and
   classes of those similarly situated,
19
                          Plaintiffs,        **NOTICE OF CONSENT FILING**
20
          vs.
21
22 Countrywide Financial Corporation;
   Countrywide Bank, FSB, Full Spectrum
23 Lending Division; Countrywide Bank,
   N.A.; Countrywide Home Loans, Inc.,
24 and their respective affiliates and parents
   and subsidiaries, and DOES 1-50,
25
                          Defendants.
26
27
28

                          NOTICE OF CONSENT FILING

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2  attached Consent Form(s) for the following person(s):

3
        Baker        Linda
4       Moss         Louise

5

6  Dated: June 5, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

7                                          By:    s/Bryan J. Schwartz
8                                                 Bryan J. Schwartz

9
                                           Attorneys for Plaintiff and the Putative Class
10                                         BJS/MH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

---
### CONSENT FORM AND DECLARATION
### COUNTRYWIDE
---

   I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: ____7/2005____ to ____8/2007____ .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____Linda J. Baker_____   5/30
Signature                                      Date

_____Linda Baker_____
Print Name

REDACTED

Fax or Mail To:          **Nichols Kaster & Anderson, PLLP**
                         **Attn:  Michele Fisher**
                         **Facsimile: (612) 215-6870**
                         **Toll Free Telephone (877) 448-0492**
                         **4600 IDS Center, 80 South 8th Street**
                         **Minneapolis, MN 55402**
                         **www.overtimecases.com**

---------------------------------------------------------------------------------
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
---------------------------------------------------------------------------------

      I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: _9/2006_ to _12/2007_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Louise Moss_ _5/27/08_
Signature              Date

_Louise Moss_
Print Name

REDACTED

Fax or Mail To:       **Nichols Kaster & Anderson, PLLP**
                      **Attn: Michele Fisher**
                      **Facsimile: (612) 215-6870**
                      **Toll Free Telephone (877) 448-0492**
                      **4600 IDS Center, 80 South 8th Street**
                      **Minneapolis, MN 55402**
                      **www.overtimecases.com**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | **4:08-cv-01993 SC** |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

I hereby certify that on June 5, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: June 5, 2008

s/Bryan J. Schwartz _____
Donald H. Nichols, MN State Bar No. 78918
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
(**pro hac vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

-3-

NOTICE OF CONSENT FILING
