1  Donald H. Nichols (MN State Bar No. 78918)
2  (**pro hac vice** application forthcoming)
   nichols@nka.com
3  Paul J. Lukas (MN State Bar No. 22084X)
   (**pro hac vice** application forthcoming)
4  lukas@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
7  T: 612-256-3200
   F: 612-215-6870
8
   Bryan J. Schwartz, CA State Bar No. 209903
9  schwartz@nka.com
   Matthew C. Helland, CA State Bar No. 250451
10 helland@nka.com
   NICHOLS KASTER & ANDERSON, LLP
11 One Embarcadero Center
12 Ste. 720
   San Francisco, CA 94111
13 T: 415-277-7235
   F: 415-277-7238
14
15 Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | **4:08-cv-01993 SC** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Reeves    Inger
Rose      Vicky

Dated: June 9, 2008                **NICHOLS KASTER & ANDERSON, LLP**

By:    s/Bryan J. Schwartz
       Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 4/2000 to 4/2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature / Date: 5/31/08

Print Name: Inger Reeves

REDACTED

**Fax or Mail To:**  Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

---
### CONSENT FORM AND DECLARATION
### COUNTRYWIDE
---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 8-89 to 10-07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Vicky L Rose_
Signature         Date

_Vicky L. Rose_
Print Name

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
                  Attn: Michele Fisher
                  Facsimile: (612) 215-6870
                  Toll Free Telephone (877) 448-0492
                  4600 IDS Center, 80 South 8th Street
                  Minneapolis, MN 55402
                  www.overtimecases.com

|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 9, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: June 9, 2008                s/Bryan J. Schwartz _____
                                   Donald H. Nichols, MN State Bar No. 78918
                                   (**pro** **hac** **vice** application forthcoming)
                                   Paul J. Lukas, MN State Bar No. 22084X
                                   (**pro** **hac** **vice** application forthcoming)
                                   NICHOLS KASTER & ANDERSON, PLLP
                                   4600 IDS Center, 80 S. 8th Street
                                   Minneapolis, MN 55402

                                   Bryan J. Schwartz, CA State Bar No. 209903
                                   Matthew C. Helland, CA State Bar No. 250451
                                   NICHOLS KASTER & ANDERSON, LLP
                                   One Embarcadero Center, Ste. 720
                                   San Francisco, CA 94111
                                   Telephone: (415) 277-7235
                                   Facsimile: (415) 277-7238