Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>　　　　　　　Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):
3
   Maranan     Arleen
4  Mattos      Stacy
   Munz        Richard
5  Ngo         June

6

7  Dated: June 10, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

8
                                           By:   s/Bryan J. Schwartz
9                                                Bryan J. Schwartz

10

11                                         Attorneys for Plaintiff and the Putative Class
                                           BJS/MH
12

-2-
NOTICE OF CONSENT FILING

---
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
---

    I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: __11/02__ to __11/07__.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____      __5/28/08__
Signature                                            Date

__ARLEEN C. MARANAN__
Print Name

```
REDACTED
```

**Fax or Mail To:**     Nichols Kaster & Anderson, PLLP
                             Attn: Michele Fisher
                             Facsimile: (612) 215-6870
                             Toll Free Telephone (877) 448-0492
                             4600 IDS Center, 80 South 8th Street
                             Minneapolis, MN 55402
                             www.overtimecases.com

---
### CONSENT FORM AND DECLARATION
### COUNTRYWIDE
---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 10·04 to 11·07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Stacy Mattos_  5.25.08
Signature                    Date

Stacy Mattos
Print Name

REDACTED

**Fax or Mail To:**  Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 10/1/04 to present

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  6-2-08
Signature                  Date

Richard "Michael" Munz
Print Name

REDACTED

**Fax or Mail To:**    Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com



## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 08-15-2005 to 6-4-2008

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ June 5, 08
Signature                Date

Lisa M. Njo
Print Name

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 10, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: June 10, 2008         s/Bryan J. Schwartz _____
                             Donald H. Nichols, MN State Bar No. 78918
                             (**pro hac vice** application forthcoming)
                             Paul J. Lukas, MN State Bar No. 22084X
                             (**pro hac vice** application forthcoming)
                             NICHOLS KASTER & ANDERSON, PLLP
                             4600 IDS Center, 80 S. 8th Street
                             Minneapolis, MN 55402

                             Bryan J. Schwartz, CA State Bar No. 209903
                             Matthew C. Helland, CA State Bar No. 250451
                             NICHOLS KASTER & ANDERSON, LLP
                             One Embarcadero Center, Ste. 720
                             San Francisco, CA 94111
                             Telephone: (415) 277-7235
                             Facsimile: (415) 277-7238