Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | **4:08-cv-01993 SC**<br><br><br>**NOTICE OF CONSENT FILING** |

1      PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2   attached Consent Form(s) for the following person(s):

3          Nworjih        Anayo

4

5   Dated: June 13, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

6

7                                           By:    s/Bryan J. Schwartz
                                                   Bryan J. Schwartz
8

9                                           Attorneys for Plaintiff and the Putative Class
                                            BJS/MH
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

---

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: ___2006___ to ___2007___.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| _(signature)_ | 5.29.08 |
| Signature | Date |

Print Name: ANAYO NWORJIH

REDACTED

**Fax or Mail To:**      **Nichols Kaster & Anderson, PLLP**
**Attn: Michele Fisher**
**Facsimile: (612) 215-6870**
**Toll Free Telephone (877) 448-0492**
**4600 IDS Center, 80 South 8th Street**
**Minneapolis, MN 55402**
**www.overtimecases.com**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                                    Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 13, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: June 13, 2008                    s/Bryan J. Schwartz _____
                                        Donald H. Nichols, MN State Bar No. 78918
                                        (**pro hac vice** application forthcoming)
                                        Paul J. Lukas, MN State Bar No. 22084X
                                        (**pro hac vice** application forthcoming)
                                        NICHOLS KASTER & ANDERSON, PLLP
                                        4600 IDS Center, 80 S. 8th Street
                                        Minneapolis, MN 55402

                                        Bryan J. Schwartz, CA State Bar No. 209903
                                        Matthew C. Helland, CA State Bar No. 250451
                                        NICHOLS KASTER & ANDERSON, LLP
                                        One Embarcadero Center, Ste. 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7235
                                        Facsimile: (415) 277-7238

NOTICE OF CONSENT FILING