# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Samson Lew, on behalf of himself and classes of those similarly situated,

    Plaintiffs,

vs.

Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,

    Defendants.

Case No: 08-cv-1993 SC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Robert S. Norell, an active member in good standing of the bar of Florida, whose business address and telephone number is 7350 N.W. 5th Street, Plantation, FL 33317, Telephone: (954) 617-6017, having applied in the above-entitled action for permission to practice in the District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/23/08



United S[tates District Judge]
Judge Samuel Conti