Donald H. Nichols (MN State Bar No. 78918)
(**pro hac vice** application forthcoming)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(**pro hac vice** application forthcoming)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                 Defendants. | **4:08-cv-01993 SC**<br><br><br>**NOTICE OF CONSENT FILING** |

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2   attached Consent Form(s) for the following person(s):

3       Sumi        Christine

4

5   Dated: June 23, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

6

7                                   By:    s/Bryan J. Schwartz
                                           Bryan J. Schwartz

8

9                                   Attorneys for Plaintiff and the Putative Class
                                    BJS/MH
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
## CONSENT FORM AND DECLARATION
## COUNTRYWIDE
---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 2/05 to 11/07 .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Christine Sum_    6/18/08
Signature                                    Date

_CHRISTINE SUMI_
Print Name

REDACTED

**Fax or Mail To:**    **Nichols Kaster & Anderson, PLLP**
**Attn: Michele Fisher**
**Facsimile: (612) 215-6870**
**Toll Free Telephone (877) 448-0492**
**4600 IDS Center, 80 South 8th Street**
**Minneapolis, MN 55402**
**www.overtimecases.com**

1
2

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4

Samson Lew, on behalf of himself and
classes of those similarly situated,

**4:08-cv-01993 SC**

5

Plaintiffs,

6

vs.

**CERTIFICATE OF SERVICE**

7
8
9
10

Countrywide Financial Corporation;
Countrywide Bank, FSB, Full Spectrum
Lending Division; Countrywide Bank,
N.A.; Countrywide Home Loans, Inc.,
and their respective affiliates and parents
and subsidiaries, and DOES 1-50,

11

Defendants.

12
13

I hereby certify that on June 23, 2008, I caused the following document:

14

**Notice of Consent Filing**

15

to be filed with the Clerk of Court.

16
17

Dated: June 23, 2008

s/Bryan J. Schwartz _____
Donald H. Nichols, MN State Bar No. 78918

18

(**pro** **hac** **vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X

19

(**pro** **hac** **vice** application forthcoming)
NICHOLS KASTER & ANDERSON, PLLP

20

4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

21
22

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451

23

NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720

24

San Francisco, CA 94111
Telephone: (415) 277-7235

25

Facsimile: (415) 277-7238

26
27
28

-3-