1  Donald H. Nichols (MN State Bar No. 78918)
   (admitted *pro hac vice*)
2  nichols@nka.com
3  Paul J. Lukas (MN State Bar No. 22084X)
   (admitted *pro hac vice*)
4  lukas@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
7  T: 612-256-3200
   F: 612-215-6870
8
   Bryan J. Schwartz, CA State Bar No. 209903
9  schwartz@nka.com
   Matthew C. Helland, CA State Bar No. 250451
10 helland@nka.com
11 NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center
12 Ste. 720
   San Francisco, CA 94111
13 T: 415-277-7235
   F: 415-277-7238
14

15 Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | 4:08-cv-01993 SC |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the |
| 2 | attached Consent Form(s) for the following person(s): |

Devore      Lisa
Blackburn-Garrett      Diane

Dated: July 7, 2008      **NICHOLS KASTER & ANDERSON, LLP**

By:    <u>s/Bryan J. Schwartz</u>
        Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH

-2-
NOTICE OF CONSENT FILING

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 8/2002 to 8/2005

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  6/7/08
Signature                  Date

Lisa Devore
Print Name

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
                  Attn: Michele Fisher
                  Facsimile: (612) 215-6870
                  Toll Free Telephone (877) 448-0492
                  4600 IDS Center, 80 South 8th Street
                  Minneapolis, MN 55402
                  www.overtimecases.com

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

      I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 1/03 to 11/07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]      Date: 7/3/08

Print Name: Diane Blackburn Garrett

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
                     Attn: Michele Fisher
                     Facsimile: (612) 215-6870
                     Toll Free Telephone (877) 448-0492
                     4600 IDS Center, 80 South 8th Street
                     Minneapolis, MN 55402
                     www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | 4:08-cv-01993 SC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 7, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: July 7, 2008

s/Bryan J. Schwartz
Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238