Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF CONSENT FILING** |

1  Donald H. Nichols (MN State Bar No. 78918)
   (admitted *pro hac vice*)
2  nichols@nka.com
   Paul J. Lukas (MN State Bar No. 22084X)
3  (admitted *pro hac vice*)
4  lukas@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
7  T: 612-256-3200
   F: 612-215-6870
8
   Robert S. Norell (FL State Bar No. 996777)
9  (admitted *pro hac vice)*
   robnorell@aol.com
10 ROBERT S. NORELL, PA
   7350 N.W. 5th Street
11 Plantation, FL 33317
12 T: (954) 617-6017
   F: (954) 617-6018
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Musquiz            Sophia

Dated: July 14, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

By:    s/Bryan J. Schwartz
       Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH

-1-
NOTICE OF CONSENT FILING

---
### CONSENT FORM AND DECLARATION
### COUNTRYWIDE
---

      I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 5/07 to 9/07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *[signed]* Date: 7-9-08

Print Name: SOFIA M. MUSQUIZ

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
                    Attn: Michele Fisher
                    Facsimile: (612) 215-6870
                    Toll Free Telephone (877) 448-0492
                    4600 IDS Center, 80 South 8th Street
                    Minneapolis, MN 55402
                    www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | 4:08-cv-01993 SC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 14, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: July 14, 2008                    s/Bryan J. Schwartz _____
                                        Donald H. Nichols, MN State Bar No. 78918
                                        (admitted *pro hac vice*)
                                        Paul J. Lukas, MN State Bar No. 22084X
                                        (admitted *pro hac vice*)
                                        NICHOLS KASTER & ANDERSON, PLLP
                                        4600 IDS Center, 80 S. 8th Street
                                        Minneapolis, MN 55402

                                        Bryan J. Schwartz, CA State Bar No. 209903
                                        Matthew C. Helland, CA State Bar No. 250451
                                        NICHOLS KASTER & ANDERSON, LLP
                                        One Embarcadero Center, Ste. 720
                                        San Francisco, CA 94111
                                        Telephone: (415) 277-7235
                                        Facsimile: (415) 277-7238