SEYFARTH SHAW LLP
Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
Amy K. Skryja (SBN 214826) askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION;
FULL SPECTRUM LENDING, a division of Countrywide
Home Loans, Inc. (erroneously sued as COUNTRYWIDE BANK, FSB,
FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB
(erroneously sued as COUNTRYWIDE BANK, N.A.); and
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON LEW, on behalf of himself and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | Case No. CV 08 1993 SC<br><br>**DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: April 16, 2008<br>Amended Complaint Filed: May 7, 2008 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants COUNTRYWIDE FINANCIAL CORPORATION; FULL SPECTRUM LENDING, a division of Countrywide Home Loans, Inc. (erroneously sued as COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB (erroneously sued as

1   COUNTRYWIDE BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC. (collectively
2   "Defendants") hereby make the following disclosure:
3       Defendants FULL SPECTRUM LENDING, a division of Countrywide Home Loans, Inc.
4   (erroneously sued as COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING
5   DIVISION); COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE BANK,
6   N.A.); and COUNTRYWIDE HOME LOANS, INC. are wholly owned subsidiaries of
7   Defendant COUNTRYWIDE FINANCIAL CORPORATION.
8       As of July 1, 2008, Defendant COUNTRYWIDE FINANCIAL CORPORATION, along
9   with its wholly owned subsidiaries, ceased being a publicly traded entity on the New York Stock
10  Exchange and became a wholly owned subsidiary of Bank of America Corporation which is a
11  publicly held corporation entity on the New York Stock Exchange under the symbol BAC and
12  has no parent corporation.

DATED: July 16, 2008

SEYFARTH SHAW LLP

By _____
    Joseph P. Breen
Attorneys for Defendants
COUNTRYWIDE FINANCIAL
CORPORATION; FULL SPECTRUM
LENDING, a division of Countrywide
Home Loans, Inc. (erroneously sued as
COUNTRYWIDE BANK, FSB,
FULL SPECTRUM LENDING
DIVISION); COUNTRYWIDE BANK,
FSB (erroneously sued as COUNTRYWIDE
BANK, N.A.); and COUNTRYWIDE
HOME LOANS, INC.