1    Counsel Listed on Following Page

2

3

4

5    **IN THE UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA**

6

7    Samson Lew, on behalf of himself and
     classes of those similarly situated,          **Case No. CV 08 1993 SC**

8

9                               Plaintiffs,

10        vs.

11   Countrywide Financial Corporation;           **STIPULATION AND [PROPOSED]**
     Countrywide Bank, FSB, Full Spectrum         **ORDER TO MOVE CASE**
12   Lending Division; Countrywide Bank,          **MANAGEMENT CONFERENCE DATE**
     N.A.; Countrywide Home Loans, Inc.,
13   and their respective affiliates and parents
     and subsidiaries, and DOES 1-50,

14

15                               Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald H. Nichols (MN State Bar No. 78918)
nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas (MN State Bar No. 22084X)
lukas@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Robert S. Norell, P.A.
robnorell@aol.com
(admitted **pro hac vice**)
7350 N.W. 5th Street
Plantation, FL 33317

Attorneys for Individual and Representative Plaintiffs

SEYFARTH SHAW LLP
Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
Amy K. Skryja (SBN 214826) askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants COUNTRYWIDE FINANCIAL
CORPORATION; FULL SPECTRUM LENDING, a division of
Countrywide Home Loans, Inc. (erroneously sued as COUNTRYWIDE
BANK, FSB, FULL SPECTRUM LENDING DIVISION);
COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE
BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC.

-2-

1    At the request of Plaintiff's counsel and in consideration of his preexisting summer travel

2  arrangements, the Parties hereby stipulate that the Case Management Conference currently

3  scheduled for August 15, 2008 at 10:00 a.m., shall be reset for August 29, 2008, at 10:00 a.m.

4  The parties have agreed to exchange Initial Disclosures under Fed.R.Civ.P. 26 on or before

5  August 22, 2008.

6

7

8  DATE: July 22, 2008

9

10

11

12  Bryan J. Schwartz                          Joseph Patrick Breen
    schwartz@nka.com                           jbreen@seyfarth.com
13  NICHOLS KASTER & ANDERSON, LLP             SEYFARTH SHAW LLP
    One Embarcadero Center, Ste. 720           560 Mission Street, Suite 3100
14  San Francisco, CA 94111                    San Francisco, CA 94105

15

16                          [PROPOSED] ORDER

17    Pursuant to the Parties' stipulation, IT IS SO ORDERED. The case management

18  conference shall be set for 10:00 a.m. on August 29, 2008.  The Parties' Initial Disclosures shall

19  be made on or before August 22, 2008.

20  DATE: _____

21

22

23                          _____
                            Hon. Samuel Conti
24                          United States District Court
                            Northern District of California

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE DATE