1 | Counsel Listed on Following Page

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | Case No. CV 08 1993 SC |
| Plaintiffs, | |
| vs. | |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE DATE |
| Defendants. | |

Donald H. Nichols (MN State Bar No. 78918)
nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas (MN State Bar No. 22084X)
lukas@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Robert S. Norell, P.A.
robnorell@aol.com
(admitted **pro hac vice**)
7350 N.W. 5th Street
Plantation, FL 33317

Attorneys for Individual and Representative Plaintiffs

SEYFARTH SHAW LLP
Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
Amy K. Skryja (SBN 214826) askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants COUNTRYWIDE FINANCIAL
CORPORATION; FULL SPECTRUM LENDING, a division of
Countrywide Home Loans, Inc. (erroneously sued as COUNTRYWIDE
BANK, FSB, FULL SPECTRUM LENDING DIVISION);
COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE
BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC.

At the request of Plaintiff's counsel and in consideration of his preexisting summer travel arrangements, the Parties hereby stipulate that the Case Management Conference currently scheduled for August 15, 2008 at 10:00 a.m., shall be reset for August 29, 2008, at 10:00 a.m. The parties have agreed to exchange Initial Disclosures under Fed.R.Civ.P. 26 on or before August 22, 2008.

DATE: July 22, 2008

_____
Bryan J. Schwartz
schwartz@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

_____
Joseph Patrick Breen
jbreen@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The case management conference shall be set for 10:00 a.m. on Sept. 5, '08 ~~August 29, 2008~~. The Parties' Initial Disclosures shall be made on or before August 22, 2008.

DATE: 7/24/08

_____
Hon. Samuel Conti
United States District Court
Northern District of California