1  SEYFARTH SHAW LLP
   Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
2  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
3  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
4
   Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
5  Amy K. Skryja (SBN 214826) askryja@seyfarth.com
   560 Mission Street, Suite 3100
6  San Francisco, California 94105
   Telephone: (415) 397-2823
7  Facsimile: (415) 397-8549

8  Attorneys for Defendant
   COUNTRYWIDE FINANCIAL CORPORATION; FULL
9  SPECTRUM LENDING, a division of Countrywide Home
   Loans, Inc. (erroneously sued as COUNTRYWIDE BANK,
10 FSB, FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE
   BANK, FSB (erroneously sued as COUNTRYWIDE BANK, N.A.);
11 and COUNTRYWIDE HOME LOANS, INC.

12                    UNITED STATES DISTRICT COURT

13              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | SAMSON LEW, on behalf of himself and         ) | Case No. CV 08 1993 SC
   | classes of those similarly situated,         ) |
15 |                                              ) | **CERTIFICATE OF INTERESTED**
   |                  Plaintiff,                  ) | **ENTITIES OR PERSONS**
16 |                                              ) |
   |        v.                                    ) | [LOCAL RULE 3-16]
17 |                                              ) |
   | COUNTRYWIDE FINANCIAL                        ) |
18 | CORPORATION; COUNTRYWIDE BANK,               ) | Complaint Filed: April 16, 2008
   | FSB, FULL SPECTRUM LENDING                   ) | Amended Complaint Filed: May 7, 2008
19 | DIVISION; COUNTRYWIDE BANK, N.A.;            ) |
   | COUNTRYWIDE HOME LOANS, INC., and            ) |
20 | their respective affiliates and parents and  ) |
   | subsidiaries, and DOES 1-50,                 ) |
21 |                                              ) |
   |                  Defendants.                 ) |
22 |_____) |

23

24     TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

25  DISTRICT OF CALIFORNIA, AND TO PLAINTIFF SAMUEL LEW AND HIS

26  ATTORNEYS OF RECORD:

27         The undersigned, counsel of record for Defendants COUNTRYWIDE FINANCIAL

28  CORPORATION; FULL SPECTRUM LENDING, a division of Countrywide Home Loans, Inc.

                                         1

(erroneously sued as COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC., certifies that the following listed parties may have a financial interest in the outcome of this case.

1. Bank of America Corporation

2. Defendant COUNTRYWIDE FINANCIAL CORPORATION is a wholly owned subsidiary of Bank of America Corporation.

3. Defendants COUNTRYWIDE FINANCIAL CORPORATION; FULL SPECTRUM LENDING, a division of Countrywide Home Loans, Inc. (erroneously sued as Countrywide Bank, FSB, Full Spectrum Lending Division); COUNTRYWIDE BANK, FSB (erroneously sued as Countrywide Bank, N.A.); and COUNTRYWIDE HOME LOANS, INC. are wholly owned subsidiaries of Defendant COUNTRYWIDE FINANCIAL CORPORATION.

In addition, because this action purports to be an action on behalf of other putative class members, it is possible that other parties may ultimately have a financial interest in this action as well.

DATED: July 22, 2008

SEYFARTH SHAW LLP

By _____
Joseph P. Breen

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION; FULL SPECTRUM LENDING, a division of Countrywide Home Loans, Inc. (erroneously sued as COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC.

SF1 28329775.1