1  Bryan J. Schwartz, CA State Bar No. 209903
   schwartz@nka.com
2  Matthew C. Helland, CA State Bar No. 250451
   helland@nka.com
3  NICHOLS KASTER & ANDERSON, LLP
4  One Embarcadero Center
   Ste. 720
5  San Francisco, CA 94111
   T: 415-277-7235
6  F: 415-277-7238
7
   Additional Counsel Listed on Following Page
8
   Attorneys for Individual and Representative Plaintiffs
9
                    **IN THE UNITED STATES DISTRICT COURT**
10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                                          |  **4:08-cv-01993 SC**
    Samson Lew, on behalf of himself and     |
12  classes of those similarly situated,     |
                                             |
13                          Plaintiffs,      |  **NOTICE OF CONSENT FILING**
14             vs.                           |
15                                           |
    Countrywide Financial Corporation;       |
16  Countrywide Bank, FSB, Full Spectrum     |
    Lending Division; Countrywide Bank,      |
17  N.A.; Countrywide Home Loans, Inc.,      |
    and their respective affiliates and parents |
18  and subsidiaries, and DOES 1-50,         |
19                                           |
                            Defendants.      |
20

28

| | |
|---|---|
| 1 | Donald H. Nichols (MN State Bar No. 78918) |
| | (admitted *pro hac vice*) |
| 2 | nichols@nka.com |
| | Paul J. Lukas (MN State Bar No. 22084X) |
| 3 | (admitted *pro hac vice*) |
| 4 | lukas@nka.com |
| | NICHOLS KASTER & ANDERSON, PLLP |
| 5 | 4600 IDS Center |
| | 80 S. 8th Street |
| 6 | Minneapolis, MN 55402 |
| 7 | T: 612-256-3200 |
| | F: 612-215-6870 |
| 8 | |
| 9 | Robert S. Norell (FL State Bar No. 996777) |
| | (admitted *pro hac vice*) |
| 10 | robnorell@aol.com |
| | ROBERT S. NORELL, PA |
| 11 | 7350 N.W. 5th Street |
| | Plantation, FL 33317 |
| 12 | T: (954) 617-6017 |
| | F: (954) 617-6018 |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Asher          Mona

Dated: July 24, 2008                **NICHOLS KASTER & ANDERSON, LLP**

By:    s/Bryan J. Schwartz
       Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/MH

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 9/03 to 9/04.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: Mona Asher    Date: 7/20/08

Print Name: Mona Asher

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
                  Attn: Michele Fisher
                  Facsimile: (612) 215-6870
                  Toll Free Telephone (877) 448-0492
                  4600 IDS Center, 80 South 8th Street
                  Minneapolis, MN 55402
                  www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 24, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: July 24, 2008

s/Bryan J. Schwartz
Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238