Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                                    Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**<br><br>Complaint Filed: April 16, 2008<br>Amended Complaint Filed: May 7, 2008 |

Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Robert S. Norell (FL State Bar No. 996777)
(admitted *pro hac vice*)
robnorell@aol.com
ROBERT S. NORELL, PA
7350 N.W. 5th Street
Plantation, FL 33317
T: (954) 617-6017
F: (954) 617-601

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Countrywide Financial Corporation;
- Countrywide Bank, FSB,
- Full Spectrum Lending Division;
- Countrywide Bank, N.A.;
- Countrywide Home Loans, Inc.;
- Respective affiliates and parents and subsidiaries;
- All putative class members;
- All who have opted-into the case pursuant to 29 U.S.C. §216(b).

Dated: July 25, 2008                    **NICHOLS KASTER & ANDERSON, LLP**

By:     s/Bryan J. Schwartz
        Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class

-1-

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated, | **4:08-cv-01993 SC** |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50, | |
| Defendants. | |

I hereby certify that on July 25, 2008, I caused the following document:

**Certificate of Interested Entities or Persons [Local Rule 3-16]**

to be filed with the Clerk of Court.


Dated: July 25, 2008                    s/Bryan J. Schwartz _____
                                        Bryan J. Schwartz

                                        Attorney for Plaintiff

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES