Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Robert S. Norell (FL State Bar No. 996777)
(admitted *pro hac vice)*
robnorell@aol.com
ROBERT S. NORELL, PA
7350 N.W. 5th Street
Plantation, FL 33317
T: (954) 617-6017
F: (954) 617-6018

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT AND ALL PARTIES ON RECORD

    PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster & Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP, respectively. Our address, phone number, and fax number have not changed.

Dated: August 5, 2008                                **NICHOLS KASTER, LLP**

                                                  By:    s/Bryan J. Schwartz
                                                           Bryan J. Schwartz

                                    Attorneys for Plaintiff and the Putative Class

-1-

NOTICE OF FIRM NAME CHANGE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>      Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 5, 2008, I caused the following document:

**Notice of Firm Name Change**

to be filed with the Clerk of Court.

Dated: August 5, 2008      s/Bryan J. Schwartz _____
                  Donald H. Nichols, MN State Bar No. 78918
                  (admitted *pro hac vice*)
                  Paul J. Lukas, MN State Bar No. 22084X
                  (admitted *pro hac vice*)
                  NICHOLS KASTER, PLLP
                  4600 IDS Center, 80 S. 8th Street
                  Minneapolis, MN 55402

                  Bryan J. Schwartz, CA State Bar No. 209903
                  Matthew C. Helland, CA State Bar No. 250451
                  NICHOLS KASTER, LLP
                  One Embarcadero Center, Ste. 720
                  San Francisco, CA 94111
                  Telephone: (415) 277-7235
                  Facsimile: (415) 277-7238