1  Bryan J. Schwartz, CA State Bar No. 209903
   schwartz@nka.com
2  Matthew C. Helland, CA State Bar No. 250451
   helland@nka.com
3  NICHOLS KASTER, LLP
   One Embarcadero Center
4  Ste. 720
5  San Francisco, CA 94111
   T: 415-277-7235
6  F: 415-277-7238

7  Additional Counsel Listed on Following Page

8  Attorneys for Individual and Representative Plaintiffs

9        **IN THE UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
10

11                                              **4:08-cv-01993 SC**

   Samson Lew, on behalf of himself and
12 classes of those similarly situated,

13                         Plaintiffs,          **NOTICE OF CONSENT FILING**

14        vs.

15
   Countrywide Financial Corporation;
16 Countrywide Bank, FSB, Full Spectrum
   Lending Division; Countrywide Bank,
17 N.A.; Countrywide Home Loans, Inc.,
   and their respective affiliates and parents
18 and subsidiaries, and DOES 1-50,

19                         Defendants.

20

21

22

23

24

25

26

27

28

1   Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)

2   nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)

3   (admitted *pro hac vice*)
lukas@nka.com

4   NICHOLS KASTER, PLLP

5   4600 IDS Center
80 S. 8th Street

6   Minneapolis, MN 55402

7   T: 612-256-3200
F: 612-215-6870

8

9   Robert S. Norell (FL State Bar No. 996777)
(admitted *pro hac vice)*

10   robnorell@aol.com
ROBERT S. NORELL, PA

11   7350 N.W. 5th Street
Plantation, FL 33317

12   T: (954) 617-6017
F: (954) 617-6018

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2    attached Consent Form(s) for the following person(s):

3         Gonzalez          Edelmira

4

5    Dated: August 6, 2008    **NICHOLS KASTER, LLP**

6

7         By:    s/Bryan J. Schwartz
           Bryan J. Schwartz

8

9         Attorneys for Plaintiff and the Putative Class
     BJS/MH

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---------------------------------------------------------------
**CONSENT FORM AND DECLARATION**
**COUNTRYWIDE**
---------------------------------------------------------------

       I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: _____2001_____ to _____2007_____ .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____      7-7-08
Signature                      Date

_Edelmira Gonzalez_
Print Name

REDACTED

Fax or Mail To:       **Nichols Kaster & Anderson, PLLP**
                       **Attn: Michele Fisher**
                       **Facsimile: (612) 215-6870**
                       **Toll Free Telephone (877) 448-0492**
                       **4600 IDS Center, 80 South 8th Street**
                       **Minneapolis, MN 55402**
                       **www.overtimecases.com**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                 Defendants. | **4:08-cv-01993 SC**<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 6, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: August 6, 2008                             s/Bryan J. Schwartz _____

Donald H. Nichols, MN State Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NOTICE OF CONSENT FILING