Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>    Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF CONSENT FILING** |

Donald H. Nichols (MN State Bar No. 78918)
(admitted *pro hac vice*)
nichols@nka.com
Paul J. Lukas (MN State Bar No. 22084X)
(admitted *pro hac vice*)
lukas@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
T: 612-256-3200
F: 612-215-6870

Robert S. Norell (FL State Bar No. 996777)
(admitted *pro hac vice)*
robnorell@aol.com
ROBERT S. NORELL, PA
7350 N.W. 5th Street
Plantation, FL 33317
T: (954) 617-6017
F: (954) 617-6018

NOTICE OF CONSENT FILING

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):
3
   Bonilla        Sylvia
4
5  Dated: August 7, 2008                              **NICHOLS KASTER, LLP**
6
7                                             By:    s/Bryan J. Schwartz
                                                     Bryan J. Schwartz
8
9                                             Attorneys for Plaintiff and the Putative Class
                                              BJS/MH
10

-1-

NOTICE OF CONSENT FILING

---
**CONSENT FORM AND DECLARATION**
**COUNTRYWIDE**
---

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 5/2002 to 10/2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Sylvia Celeste Bonilla_
Signature                Date

_Sylvia Celeste Bonilla_
Print Name

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 7, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: August 7, 2008          s/Bryan J. Schwartz _____
                               Donald H. Nichols, MN State Bar No. 78918
                               (admitted *pro hac vice*)
                               Paul J. Lukas, MN State Bar No. 22084X
                               (admitted *pro hac vice*)
                               NICHOLS KASTER, PLLP
                               4600 IDS Center, 80 S. 8th Street
                               Minneapolis, MN 55402

                               Bryan J. Schwartz, CA State Bar No. 209903
                               Matthew C. Helland, CA State Bar No. 250451
                               NICHOLS KASTER, LLP
                               One Embarcadero Center, Ste. 720
                               San Francisco, CA 94111
                               Telephone: (415) 277-7235
                               Facsimile: (415) 277-7238