Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | 4:08-cv-01993 SC<br><br>**NOTICE OF CONSENT FILING** |

1 | Donald H. Nichols (MN State Bar No. 78918)
2 | (admitted *pro hac vice*)
  | nichols@nka.com
3 | Paul J. Lukas (MN State Bar No. 22084X)
  | (admitted *pro hac vice*)
4 | lukas@nka.com
  | NICHOLS KASTER, PLLP
5 | 4600 IDS Center
  | 80 S. 8th Street
6 | Minneapolis, MN 55402
7 | T: 612-256-3200
  | F: 612-215-6870
8 |
  | Robert S. Norell (FL State Bar No. 996777)
9 | (admitted *pro hac vice)*
  | robnorell@aol.com
10 | ROBERT S. NORELL, PA
   | 7350 N.W. 5th Street
11 | Plantation, FL 33317
12 | T: (954) 617-6017
   | F: (954) 617-6018

NOTICE OF CONSENT FILING

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2 | attached Consent Form(s) for the following person(s):

    Banh        San
    Casillas    Jose

Dated: August 20, 2008                               **NICHOLS KASTER, LLP**

                                                       By:    s/Bryan J. Schwartz
                                                                   Bryan J. Schwartz

                                             Attorneys for Plaintiff and the Putative Class
                                             BJS/CDB

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not pay premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 8/1999 to 5/07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]    Date: 8/4/08

Print Name: San Banh

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

REDACTED

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law. 05/2000  08/2001 — FULL SPECTRUM LENDING

Approximate dates of employment: 03/06 to 08/06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]    Date: 6/30/2008

Print Name: JOSE M. CASILLAS

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>　　　　　　　　　　Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 20, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: August 20, 2008　　　　　　　　s/Bryan J. Schwartz _____
　　　　　　　　　　　　　　　　　　Donald H. Nichols, MN State Bar No. 78918
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Paul J. Lukas, MN State Bar No. 22084X
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　NICHOLS KASTER, PLLP
　　　　　　　　　　　　　　　　　　4600 IDS Center, 80 S. 8th Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402

　　　　　　　　　　　　　　　　　　Bryan J. Schwartz, CA State Bar No. 209903
　　　　　　　　　　　　　　　　　　Matthew C. Helland, CA State Bar No. 250451
　　　　　　　　　　　　　　　　　　NICHOLS KASTER, LLP
　　　　　　　　　　　　　　　　　　One Embarcadero Center, Ste. 720
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　Telephone: (415) 277-7235
　　　　　　　　　　　　　　　　　　Facsimile: (415) 277-7238