Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF CONSENT FILING** |

1  Donald H. Nichols (MN State Bar No. 78918)
   (admitted *pro hac vice*)
2  nichols@nka.com
   Paul J. Lukas (MN State Bar No. 22084X)
3  (admitted *pro hac vice*)
4  lukas@nka.com
   NICHOLS KASTER, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
7  T: 612-256-3200
   F: 612-215-6870
8
   Robert S. Norell (FL State Bar No. 996777)
9  (admitted *pro hac vice)*
   robnorell@aol.com
10 ROBERT S. NORELL, PA
   7350 N.W. 5th Street
11 Plantation, FL 33317
12 T: (954) 617-6017
   F: (954) 617-6018
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Ward        C. Keith

Dated: August 21, 2008                **NICHOLS KASTER, LLP**

By:    s/Bryan J. Schwartz
       Bryan J. Schwartz

Attorneys for Plaintiff and the Putative Class
BJS/CDB



REDACTED

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 8/04 to 2/06.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   7/14/08
Signature                 Date

C. Keith Ward
Print Name

REDACTED

Fax or Mail To:    Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>                    Defendants. | 4:08-cv-01993 SC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 21, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: August 21, 2008                    s/Bryan J. Schwartz _____
                                          Donald H. Nichols, MN State Bar No. 78918
                                          (admitted *pro hac vice*)
                                          Paul J. Lukas, MN State Bar No. 22084X
                                          (admitted *pro hac vice*)
                                          NICHOLS KASTER, PLLP
                                          4600 IDS Center, 80 S. 8th Street
                                          Minneapolis, MN 55402

                                          Bryan J. Schwartz, CA State Bar No. 209903
                                          Matthew C. Helland, CA State Bar No. 250451
                                          NICHOLS KASTER, LLP
                                          One Embarcadero Center, Ste. 720
                                          San Francisco, CA 94111
                                          Telephone: (415) 277-7235
                                          Facsimile: (415) 277-7238