# FLYNN, DELICH & WISE LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAMES B. NEBEL<br>PARTNER<br><br>DIRECT DIAL: (415) 693-5578<br>E-MAIL: JAMESN@FDW-LAW.COM | ONE CALIFORNIA STREET, SUITE 350<br>SAN FRANCISCO, CALIFORNIA 94111<br><br>TELEPHONE: (415) 693-5566<br>FAX: (415) 693-0410 | ONE WORLD TRADE CENTER<br>SUITE 1800<br>LONG BEACH, CA 90831-1800<br>TELEPHONE: (562) 435-2626<br>FAX: (562) 437-7555 |

August 27, 2008

*Via E-Mail and U.S. Mail*

Mr. Bryan Jeffrey Schwartz
Nichols Kaster, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

Ms. Amy K. Skryja
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 95113

Re:  Lew v. Countrywide Financial Corporation, et al.
     Case No. C 08-1993 SC
     United States District Court, Northern District of California

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the Court's Mediation program. I have been a member of the District Court's Mediation panel for approximately two years and have also conducted private mediations outside of the Court's program. For the past 30 years, I have had an active litigation practice in state and federal courts. I spent the first 16 years of my career at Graham & James (now Squire, Sanders & Dempsey) and the last 14 at my present firm.

I would ask you to begin your preparation for mediation in this matter by reviewing carefully ADR L.R. 6, which governs the Mediation program. Pursuant to ADR L.R. 6-6, I will conduct a phone conference with counsel before the formal mediation to discuss the following:

- The procedures to be followed;
- The nature of the case;
- Appropriate dates for the mediation and anticipated length of the session;
- The parties who must be present under ADR L.R. 6-9 and the parties who need to be present for a productive session;

August 28, 2008
Page 2

- Ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- Requirements for your written mediation statements;
- Any questions that you might have about how I would like to conduct the session; and
- Any questions that you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. *I propose that we conduct the telephone conference sometime during the week of September 8th. Would you kindly confer and, by e-mail, provide me with a couple of alternative dates and times that may work for you.* After we confirm the telephone conference date and time, I would then ask one of you to initiate the call. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates on which we may conduct the mediation. Please also let me know if you have a deadline for completion of the mediation.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I do not believe there are any other circumstances that would compromise my impartiality or the appearance of impartiality. I should let you know, however, that I represented a plaintiff class in a wage and hour case in which the Seyfarth Shaw firm represented the defendant. The lead lawyer in the case was William Dritsas and the primary handling attorney was Anthony Rao. The case settled through mediation. I can provide further details if you wish.

I look forward to assisting you on this case.

Very truly yours,


James B. Nebel
of
FLYNN, DELICH & WISE LLP


cc:   Ms. Alice M. Fiel
      ADR Case Administrator