Bryan J. Schwartz, CA State Bar No. 209903
schwartz@nka.com
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
T: 415-277-7235
F: 415-277-7238

Additional Counsel Listed on Following Page

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>　　　　　　　　　Defendants. | **4:08-cv-01993 SC**<br><br>**NOTICE OF CONSENT FILING** |

1  Donald H. Nichols (MN State Bar No. 78918)
   (admitted *pro hac vice*)
2  nichols@nka.com
   Paul J. Lukas (MN State Bar No. 22084X)
3  (admitted *pro hac vice*)
4  lukas@nka.com
   NICHOLS KASTER, PLLP
5  4600 IDS Center
   80 S. 8th Street
6  Minneapolis, MN 55402
7  T: 612-256-3200
   F: 612-215-6870
8
   Robert S. Norell (FL State Bar No. 996777)
9  (admitted *pro hac vice)*
   robnorell@aol.com
10 ROBERT S. NORELL, PA
   7350 N.W. 5th Street
11 Plantation, FL 33317
12 T: (954) 617-6017
   F: (954) 617-6018

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Peterson		Amanda

Dated: September 3, 2008					**NICHOLS KASTER, LLP**

								By:	s/Bryan J. Schwartz
									Bryan J. Schwartz

									Attorneys for Plaintiff and the Putative Class
									BJS/CDB

-1-

NOTICE OF CONSENT FILING

REDACTED

## CONSENT FORM AND DECLARATION
## COUNTRYWIDE

I hereby consent to join the action against Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, as a Plaintiff to assert claims against it for violations of the California's wage and hour laws, other applicable state laws, and/or Fair Labor Standards Act, 29 U.S.C. § 201 et seq. During the past four years, there were occasions when I was not provided and/or authorized and permitted to take meal and/or rest breaks, but did not premiums for these missed breaks, as required under California law. There were also occasions when I was not paid overtime for hours worked over 40 in a week and for hours worked over 8 in a day, as required by California and Federal law.

Approximate dates of employment: 7/8/04 to 11/07.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Amanda Peterson   9/2/08   (Previously Amanda Gock)
Signature   Date

Amanda Peterson
Print Name

REDACTED

REDACTED

REDACTED

Fax or Mail To:   Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
Facsimile: (612) 215-6870
Toll Free Telephone (877) 448-0492
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
www.overtimecases.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **4:08-cv-01993 SC**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 3, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: September 3, 2008          s/Bryan J. Schwartz _____
                                  Donald H. Nichols, MN State Bar No. 78918
                                  (admitted *pro hac vice*)
                                  Paul J. Lukas, MN State Bar No. 22084X
                                  (admitted *pro hac vice*)
                                  NICHOLS KASTER, PLLP
                                  4600 IDS Center, 80 S. 8th Street
                                  Minneapolis, MN 55402

                                  Bryan J. Schwartz, CA State Bar No. 209903
                                  Matthew C. Helland, CA State Bar No. 250451
                                  NICHOLS KASTER, LLP
                                  One Embarcadero Center, Ste. 720
                                  San Francisco, CA 94111
                                  Telephone: (415) 277-7235
                                  Facsimile: (415) 277-7238