UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-08-1993          SAMUEL CONTI           DATE 9/5/08
Case Number         Judge

Title: SAMSON LEW            vs COUNTRYWIDE FINANCIAL CORP., et al.

Attorneys: BRYAN SCHWARTZ        JOSPEH BREEN

Deputy Clerk: T. De Martini    Court Reporter: Katherine Sullivan

Court   Pltf's   Deft's
(xxx)   ( )     ( )     1. Status Conference - Held

( )     ( )     ( )     2.

( )     ( )     ( )     3.

( )     ( )     ( )     4.

( )     ( )     ( )     5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court Trial

Case Continued to 2/20/09 @ 10:00 A.M. for Further Status Conference

Case Continued to 2/20/09 @ 10:00 A.M. for Plaintiff's Motion to
                                            Certify the Class

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:_____