Counsel Listed on Following Page

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **Case No. CV 08 1993 SC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

1

2  Donald H. Nichols (MN State Bar No. 78918)
   nichols@nka.com
3  (admitted **pro** **hac** **vice**)
   Paul J. Lukas (MN State Bar No. 22084X)
4  lukas@nka.com
   (admitted **pro** **hac** **vice**)
5  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
6  80 S. 8th Street
7  Minneapolis, MN 55402

8  Bryan J. Schwartz, CA State Bar No. 209903
   schwartz@nka.com
9  Matthew C. Helland, CA State Bar No. 250451
   helland@nka.com
10 NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
11 San Francisco, CA 94111

12
   Robert S. Norell, P.A.
13 robnorell@aol.com
   (admitted **pro** **hac** **vice**)
14 7350 N.W. 5th Street
   Plantation, FL 33317
15

16 Attorneys for Individual and Representative Plaintiffs

17 SEYFARTH SHAW LLP
   Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com
18 2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
19 Telephone: (310) 277-7200
20 Facsimile: (310) 201-5219

21 Joseph P. Breen (SBN 124330) jbreen@seyfarth.com
   Amy K. Skryja (SBN 214826) askryja@seyfarth.com
22 560 Mission Street, Suite 3100
   San Francisco, California 94105
23 Telephone: (415) 397-2823
24 Facsimile: (415) 397-8549

25 Attorneys for Defendants COUNTRYWIDE FINANCIAL
   CORPORATION; FULL SPECTRUM LENDING, a division of
26 Countrywide Home Loans, Inc. (erroneously sued as COUNTRYWIDE
   BANK, FSB, FULL SPECTRUM LENDING DIVISION);
27 COUNTRYWIDE BANK, FSB (erroneously sued as COUNTRYWIDE
28 BANK, N.A.); and COUNTRYWIDE HOME LOANS, INC.

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

At the request of the Parties and following a pre-mediation telephone conference call with court-appointed mediator James B. Nebel held on September 11, 2008 which included a discussion of the procedural status of this case, the Parties hereby stipulate and request that the mediation deadline currently scheduled for November 17, 2008 be vacated and reset by the Court at the time of the Further Status Conference on February 20, 2009.

DATE: October 31, 2008

| /s/ Bryan Schwartz | /s/ Joseph Breen |
|---|---|
| Bryan J. Schwartz | Joseph Patrick Breen |
| schwartz@nka.com | jbreen@seyfarth.com |
| NICHOLS KASTER & ANDERSON, LLP | SEYFARTH SHAW LLP |
| One Embarcadero Center, Ste. 720 | 560 Mission Street, Suite 3100 |
| San Francisco, CA 94111 | San Francisco, CA 94105 |

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The existing mediation deadline shall be vacated and reset by the Court at the Further Status Conference on February 20, 2009.

DATE: 11/3/08

IT IS SO ORDERED
Judge Samuel Conti

Hon.
United States District Court
Northern District of California

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION