**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | **Case No. CV 08-1993 SC**<br><br>**[proposed] ORDER** |

In light of the parties' submissions and the entire record in this case, I hereby GRANT Plaintiffs' Motion to Stay All Proceedings, Including Discovery, and for Equitable Tolling During the Stay. This Order stays all proceedings in this action until the California Supreme Court decides *Brinker Restaurant Corp. et. al. v. Superior Court of San Diego County, petition for review granted* (Oct. 22, 2008), 80 Cal. Rptr. 3d 781 (Cal. Ct. App. 2008), and equitably tolls all putative FLSA class members' claims until the stay is lifted.

It is so ORDERED.

____________________________________
Hon. Samuel Conti
United States District Court
Northern District of California