Counsel Listed on Following Page

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>               Defendants. | **Case No. CV 08 1993 SC**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO MOVE CASE MANAGEMENT CONFERENCE DATE AND EXTEND DEADLINES FOR HEARING ON PLAINTIFF'S MOTION FOR CERTIFICATION** |

| | |
|---|---|
| 1 | |
| 2 | Donald H. Nichols (MN State Bar No. 78918)<br>nichols@nka.com |
| 3 | (admitted **pro hac vice**)<br>Paul J. Lukas (MN State Bar No. 22084X) |
| 4 | lukas@nka.com |
| 5 | (admitted **pro hac vice**)<br>NICHOLS KASTER, PLLP |
| 6 | 4600 IDS Center<br>80 S. 8th Street |
| 7 | Minneapolis, MN 55402 |
| 8 | Bryan J. Schwartz, CA State Bar No. 209903 |
| 9 | schwartz@nka.com<br>Matthew C. Helland, CA State Bar No. 250451 |
| 10 | helland@nka.com<br>NICHOLS KASTER, LLP |
| 11 | One Embarcadero Center, Ste. 720<br>San Francisco, CA 94111 |
| 12 | |
| 13 | Robert S. Norell, P.A.<br>robnorell@aol.com |
| 14 | (admitted **pro hac vice**)<br>7350 N.W. 5th Street |
| 15 | Plantation, FL 33317 |
| 16 | Attorneys for Individual and Representative Plaintiff |
| 17 | SEYFARTH SHAW LLP |
| 18 | Thomas R. Kaufman (SBN 177936) tkaufman@seyfarth.com<br>2029 Century Park East, Suite 3300 |
| 19 | Los Angeles, California 90067-3063<br>Telephone: (310) 277-7200 |
| 20 | Facsimile: (310) 201-5219 |
| 21 | Joseph P. Breen (SBN 124330) jbreen@seyfarth.com<br>Amy K. Skryja (SBN 214826) askryja@seyfarth.com |
| 22 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 23 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 24 | Attorneys for Defendants |
| 25 | COUNTRYWIDE FINANCIAL CORPORATION;<br>FULL SPECTRUM LENDING, a division of Countrywide |
| 26 | Home Loans, Inc. (erroneously sued as COUNTRYWIDE BANK, FSB,<br>FULL SPECTRUM LENDING DIVISION); COUNTRYWIDE BANK, FSB |
| 27 | (erroneously sued as COUNTRYWIDE BANK, N.A.); and<br>COUNTRYWIDE HOME LOANS, INC. |
| 28 | |

-2-

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE DATE AND EXTEND DEADLINES

**WHEREAS** Plaintiffs noticed the Fed.R.Civ.P. 30(b)(6) deposition and served admissions requests, document requests, and interrogatories on July 22, 2008 and subsequently served an amended deposition notice and amended requests for admission; and

**WHEREAS** Defendants served objections and responses to this discovery in August, September and November, 2008; and

**WHEREAS** the parties met-and-conferred extensively regarding Plaintiffs' discovery and Defendants' responses in September and October 2008; and

**WHEREAS** after the parties were unable to reach agreement on discovery issues including the proper scope of discovery prior to the determination of class certification, Plaintiffs moved to compel cooperation with the 30(b)(6) notice and the interrogatories and document requests during the first week of November 2008, which Defendants subsequently opposed; and

**WHEREAS** Magistrate Elizabeth Laporte heard the Plaintiffs' motions to compel on December 16, 2008, ordering the parties to reach discovery stipulations based upon guidance she provided as to how she intended to rule on various discovery issues raised in the motions and oppositions filed; and

**WHEREAS** the parties filed their proposed orders on discovery stipulations by December 23, 2008, as ordered by Magistrate Laporte; and

**WHEREAS** in good faith, the parties agreed that Defendants would attempt to comply fully with the stipulated discovery – much of which is anticipated to require considerable effort by Defendants to locate, review and prepare for production – by a target date of January 16, 2009; and

**WHEREAS** currently Plaintiffs are required to move for class certification no later than January 16, 2009, to be heard on February 20, 2009, the existing date of the Case Management Conference; and

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE DATE AND EXTEND DEADLINES

**WHEREAS** Plaintiffs contend the discovery sought from Defendants, which Defendants will respond to subject to the stipulated discovery orders as entered or modified by Magistrate Laporte, has a direct bearing on Plaintiffs' anticipated class certification motion; and

WHEREAS, Plaintiffs are seeking tolling of the applicable statutes of limitations in a separate motion to stay, and Defendants expressly do not stipulate to the tolling of applicable statutes of limitation;

**THEREFORE,** the parties stipulate and agree to a delay of ninety (90) days in the deadline for Plaintiffs to file a class certification motion, currently scheduled for January 16, 2009, and a postponement, likewise, in the Case Management Conference and class certification motion hearing, currently scheduled for February 20, 2009.

DATE: December 31, 2009

/s/

_____

Bryan J. Schwartz
schwartz@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

/s/

_____

Joseph Patrick Breen
jbreen@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3000
San Francisco, CA 94105

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is so ORDERED. The case management conference shall be set for 10:00 a.m. on May 29, 2009, and the deadline for hearing on Plaintiffs' class certification motion ("the motion") shall be on the same date, with all other filing deadlines pertaining to the motion adjusted accordingly.

DATE: 1/6/09   _____

IT IS SO ORDERED
Judge Samuel Conti

-4-

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE DATE AND EXTEND DEADLINES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samson Lew, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Financial Corporation; Countrywide Bank, FSB, Full Spectrum Lending Division; Countrywide Bank, N.A.; Countrywide Home Loans, Inc., and their respective affiliates and parents and subsidiaries, and DOES 1-50,<br><br>Defendants. | 4:08-cv-01993 SC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 31, 2008, I caused the following document:

**Stipulation and [Proposed] Order To Move Case Management Conference Date and Extend Deadlines For Hearing On Plaintiff's Motion For Certification**

to be filed with the Clerk of Court and served, via ECF, upon the following:

Joseph P. Breen
jbreen@seyfarth.com
Amy K. Skryja
askryja@seyfarth.com
Seyfarth Shaw, LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105-2930

Thomas R. Kaufmann
tkaufmann@seyfarth.com
Seyfarth Shaw, LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063

Dated: December 31, 2008         s/Bryan J. Schwartz
                                 Bryan J. Schwartz, CA State Bar No. 209903
                                 NICHOLS KASTER, LLP
                                 One Embarcadero Center, Ste. 720
                                 San Francisco, CA 94111

-5-

STIPULATION TO MOVE CASE MANAGEMENT CONFERENCE DATE AND EXTEND DEADLINES