SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
GREGG A. FISCH, Cal. Bar No. 214486
gfisch@sheppardmullin.com
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  310-228-3700
Facsimile:   310-228-3701

Attorneys for Defendants
COUNTRYWIDE FINANCIAL CORPORATION;
FULL SPECTRUM LENDING (erroneously sued as COUNTRYWIDE BANK, FSB); COUNTRYWIDE BANK, FASB (erroneously sued as COUNTRYWIDE BANK, N.A.); and
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON LEW, on Behalf of Himself and Classes of Those Similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE BANK, FSB, FULL SPECTRUM LENDING DIVISION; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC., and Their Respective Affiliates and Parents and Subsidiaries, and DOES 1-50,<br><br>Defendants. | Case No.  08-CV-01993-SC<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE IN ITS ENTIRETY, WITH PREJUDICE TO PLAINTIFF AND THE QUALIFIED OPT-INS ONLY<br><br><br>Complaint Filed:  April 16, 2008<br>First Amended Complaint Filed: 5/7/08 |

SMRH:406308257.3

08-CV-01993-SC
[~~PROPOSED~~] ORDER DISMISSING CASE IN ITS ENTIRETY

## [PROPOSED] ORDER

The Court having reviewed and considered the Parties' Joint Stipulation to Dismiss Case in its Entirety, With Prejudice to Plaintiff and Qualified Opt-Ins Only, and finding appropriate grounds to approve the joint stipulation and settlement, hereby approves the joint stipulation and settlement and orders as follows:

1. The Lawsuit is dismissed in its entirety.

2. All claims asserted in the Lawsuit by Plaintiff Samson Lew and the Qualified Opt-Ins, identified in Paragraph 2 of the Parties' Settlement Agreement, which is attached as Exhibit "A" to the Joint Stipulation, are dismissed with prejudice, except to the extent that any Qualified Opt-In acts consistent with the rights as reserved in Section 6 of the Settlement Agreement.

3. All claims asserted in the Lawsuit by any opt-in who is not defined as a Qualified Opt-In and the putative class members under Rule 23 of the Federal Rules of Civil Procedure are dismissed without prejudice.

4. No notice to the putative class members or the opt-ins other than the Qualified Opt-Ins is necessary or shall be provided as the dismissal will not prejudice them.

Dated: September 4, 2012

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

SMRH:406308257.3                    -1-                    08-CV-01993-SC
                                                    [PROPOSED] ORDER DISMISSING
                                                    CASE IN ITS ENTIRETY